UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIM. NO. 15-CR-35(1) (RHK/HB)

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| CHERNO NJIE, ) | |
| ) | |
| Defendant. ) | |

_____

This matter is before the Court upon Defendant Njie's motion to modify his conditions of release. [ECF 91]. Based on the files and records in the case,

IT IS ORDERED that Defendant Njie's conditions of release be and hereby are modified as follows:

The Defendant is no longer required to reside at a halfway, and he may live in his home in Lakeway, Texas.

All other current conditions of release remain in effect.

By the Court

Dated: June 12, 2015

*s/Steven E Rau*
Steven E. Rau
U.S. Magistrate Judge