**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,                                              Criminal No. 15-35(1) RHK/HB

           Plaintiff,

v.

Cherno Njie,                                                                              **ORDER**

           Defendant.


and


United States of America,                                              Criminal No. 15-28 RHK

           Plaintiff,

v.

Papa Faal,

           Defendant.

---

The above matters are before the Court upon the May 31, 2017 Report and

Recommendation of United States Magistrate Judge Steven E. Rau;   There are no

objections to the Report and Recommendation.

Based on the Report and Recommendation of the Magistrate Judge, all of the files,

records, and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. Nos. 94 and 208) is **ADOPTED**;

2. The Special Conditions (e) (computer access and supervision), (g) (financial

supervision), (h) (material reflection extremist views), and (j) (polygraph testing) are

**STRICKEN**;

     3.  The supervised release terms are commuted, such that they will expire in six

months, provided that there are no supervision violations in the interim.

Dated:   June 12, 2017

s/ Richard H. Kyle

RICHARD H. KYLE
United States District Judge
